UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
: 
UNITED STATES OF AMERICA :
: S7 21 Cr. 359 (LAK)
- v. - :
: **ORDER**
OSCAR GOMEZ ROMERO, :
:
               Defendant. :
:
------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-2023

The initial pretrial conference for defendant Oscar Gomez Romero scheduled for July 26, 2023 at 12:45 p.m. is adjourned to September 28, 2023 at 11:00 a.m.

The Government has requested, with the consent of the defendant, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), for the defense to review the discovery. The Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, the time from July 20, 2023 to September 28, 2023 is excluded from all calculations under the Speedy Trial Act.

**SO ORDERED.**

Dated:  New York, New York
               July 21, 2023

                                                         /s/ Lewis A. Kaplan
                                                         _____
                                                          THE HONORABLE LEWIS A. KAPLAN
                                                          UNITED STATES DISTRICT JUDGE