UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

OSCAR GOMEZ ROMERO,

Defendant.

**ORDER**

S7 21 Cr. 359 (LAK)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before a United States Magistrate Judge on January 11, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

IT IS FURTHER ORDERED that the defendant's sentencing shall be held on June 12, 2024 at 11:00 AM.

Dated:   New York, New York
         2/2, 2024

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK