UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

S7 21-cr-0359 (LAK)

OSCAR GOMEZ ROMERO,

Defendant.

------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendant was arrested in Colombia in February 2022, extradited to the United States on July 19, 2023, and detained here. On June 24, 2024, he pled guilty to conspiracy to import cocaine into the United States and ultimately was sentenced principally to a term of imprisonment of 96 months. He now applies for compassionate release.

      "A court may grant compassionate release only if three conditions are satisfied: (1) the inmate has exhausted administrative remedies 'by requesting such relief from prison authorities;' (2) the inmate demonstrates that the reasons justifying his release are 'extraordinary and compelling;' and (3) the court determines that release is appropriate under the Section 3553(a) sentencing factors."[1] Defendant appears to have satisfied the first requirement. Nevertheless, after careful review of his voluminous motion, including the extensive medical records which form the principal support for the application, the Court is not persuaded that either of the two other prerequisites to relief has been satisfied. Indeed, to the extent that the warden of the facility in which defendant now is confined addressed relevant considerations in rejecting defendant's application, the Court finds itself in substantial agreement with the warden.

      Motion (Dkt 283) denied.

      SO ORDERED.

Dated:    February 26, 2025

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge

---

[1] *United States v. Rosemond*, 10-cr-0431 (LAK), 2024 WL 4043696, at *1 (S.D.N.Y. Sept. 4, 2024) (footnote omitted).