Copies mailed 6/11/25
Chambers of Judge Kaplan

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/25

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>OSCAR GOMEZ ROMERO | )<br>)<br>)<br>)  Case No: 1:(S7)21-CR-359-06(LAK)<br>)  USM No: 65800-510<br>) |
| Date of Original Judgment: 06/17/2024<br>Date of Previous Amended Judgment: n/a<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Oscar Gomez Romero, Pro Se<br>  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

All provisions of the judgment dated   06/17/2024   shall remain in effect.

**IT IS SO ORDERED.**
Order Date:   06/11/2025

Effective Date:   05/20/2025
*(if different from order date)*

Judge's signature

Hon. Lewis A. Kaplan, U.S.D.J.
*Printed name and title*