```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

          -against-                                        S7 21-cr-0359 (LAK)

OSCAR GOMEZ ROMERO,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant was arrested in Colombia in February 2022, extradited to the United States on July 19, 2023, and detained here. On June 24, 2024, he pled guilty to conspiracy to import cocaine into the United States and ultimately was sentenced principally to a term of imprisonment of 96 months. He now applies – for the third time this calendar year – for a reduction in sentence. He requests also the appointment of counsel.

        Defendant's latest motion adds nothing to those that have been denied previously. (*See* Dkts 284, 287, 288) Nor is there any constitutional or statutory right to appointment of counsel for a compassionate release or other Section 3582 motion for sentence reduction. *United States v. Fleming,* 5 F.4th 189, 193 (2d Cir. 2021). And while the Court assumes that it has discretion in an appropriate case to appoint counsel for an indigent inmate to file such an application, it declines to exercise that discretion in this case in view of the defendant's entire failure to put forth any facts that suggest that there would be any meaningful possibility that even a counseled motion would prevail.

        The latest motion for sentence reduction (Dkt 290) is denied.

        SO ORDERED.

Dated:     November 14, 2025

                                                                 Lewis A. Kaplan
                                                       United States District Judge