Copies Mailed by First Class Mail to
Oscar Gomez Romero (Reg 65800-510)
Elkton FCI, PO Box 10, Lisburn, OH
44432 & emailed to AUSA Alexander
Li.                                      AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

    v.

Oscar Gomez Romero (06),

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

21-CR-359-06 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/26

**ORDER**

Lewis A. Kaplan, *District Judge.*

       The Government shall file a response to the defendant's May 28, 2026 MOTION FOR SENTENCE REDUCTION UNDER § 3582( c)(1)(A) (Compassionate Release) that received by the Clerks Office on June 3, 2026 within 30 days of the filing of this order.

SO ORDERED.

Dated:      June 17, 2026

                                  Lewis A. Kaplan
                          United States District Judge